IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-445** |
| | : | |
| v. | : | |
| | : | |
| **NYKEE STONE** | : | |

## ORDER

**NOW**, this 21st day of December, 2023, upon consideration of defendant's Motion to Dismiss the Indictment (Doc. No. 24) and the government's response, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.